[No. 6970-2-III.  Division Three.  March 4, 1986.]

PEOPLES NATIONAL BANK, *Respondent*, v. JAMES E. LENTZ, ET AL, *Defendants*, U. S. BANCORP FINANCIAL, INC., *Appellant*.

U. S. BANCORP FINANCIAL, INC., *Appellant*, v. JAMES E. LENTZ, ET AL, *Defendants*, PEOPLES NATIONAL BANK, *Respondent*.

Appeal from judgments of the Superior Court for Franklin County, Nos. 83-2-00070-2, 28280, Richard G. Patrick,

J., entered February 20, 1985. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and Thompson, J.